## IN THE UNITED STATES BANKRUPTCY COURT FOR THE NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| **IN RE:**  Winfield, Richard A | Case Number:  08 B 13528 |
| Ward, Denise L | Judge:  Squires, John H |
| Printed: 01/22/09 | Filed:  5/28/08 |

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:      Dismissed:  November 5, 2008

Confirmed:  None

## SUMMARY OF RECEIPTS & DISBURSEMENTS

| | Receipts | Disbursements |
|---|---|---|
| | 5,415.00 | |
| Secured: | | 800.00 |
| Unsecured: | | 0.00 |
| Priority: | | 0.00 |
| Administrative: | | 3,504.00 |
| Trustee Fee: | | 303.35 |
| Other Funds: | | 807.65 |
| Totals: | 5,415.00 | 5,415.00 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 1. | Robert J Semrad & Associates | Administrative | 3,504.00 | 3,504.00 |
| 2. | Wells Fargo Financial Illinois Inc | Secured | 0.00 | 0.00 |
| 3. | Americredit Financial Ser Inc | Secured | 0.00 | 300.00 |
| 4. | Rogers & Hollands Jewelers | Secured | 0.00 | 0.00 |
| 5. | American Honda Finance Corporation | Secured | 36,597.00 | 500.00 |
| 6. | Internal Revenue Service | Priority | 10,683.72 | 0.00 |
| 7. | Verizon Wireless Midwest | Unsecured | 100.74 | 0.00 |
| 8. | Premier Bankcard | Unsecured | 27.69 | 0.00 |
| 9. | Jefferson Capital Systems LLC | Unsecured | 39.93 | 0.00 |
| 10. | American Honda Finance Corporation | Unsecured | 8.98 | 0.00 |
| 11. | Premier Bankcard | Unsecured | 42.59 | 0.00 |
| 12. | Americredit Financial Ser Inc | Unsecured | 1,286.41 | 0.00 |
| 13. | Asset Acceptance | Unsecured | 25.80 | 0.00 |
| 14. | Jefferson Capital Systems LLC | Unsecured | 46.74 | 0.00 |
| 15. | Internal Revenue Service | Unsecured | 91.04 | 0.00 |
| 16. | City Of Chicago Dept Of Revenue | Unsecured | 82.00 | 0.00 |
| 17. | Commonwealth Edison | Unsecured | 52.45 | 0.00 |
| 18. | Grand Canyon University | Unsecured | 225.00 | 0.00 |
| 19. | Central Credit Union of Illino | Unsecured | 36.97 | 0.00 |
| 20. | PRA Receivables Management | Unsecured | 149.65 | 0.00 |
| 21. | American Collection Corp | Unsecured | | No Claim Filed |
| 22. | DFAS-CL | Unsecured | | No Claim Filed |
| 23. | AIS Services | Unsecured | | No Claim Filed |
| 24. | CB USA | Unsecured | | No Claim Filed |
| 25. | HSBC | Unsecured | | No Claim Filed |
| 26. | HSBC | Unsecured | | No Claim Filed |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:**   Winfield, Richard A
          Ward, Denise L
          Printed: 01/22/09

Case Number:  08 B 13528
Judge:  Squires, John H
Filed:  5/28/08

## DISBURSEMENT DETAIL

| Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|
| 27.  Lou Harris | Unsecured | | No Claim Filed |
| 28.  Payday 2 Go | Unsecured | | No Claim Filed |
| 29.  Peoples Energy Corp | Unsecured | | No Claim Filed |
| 30.  NCO Financial Systems | Unsecured | | No Claim Filed |
| 31.  Washington Mutual | Unsecured | | No Claim Filed |
| 32.  Superior Mortgage | Unsecured | | No Claim Filed |
| 33.  Williams & Fudge Inc | Unsecured | | No Claim Filed |
| 34.  Illinois Dept of Revenue | Unsecured | | No Claim Filed |
| | | $ 53,000.71 | $ 4,304.00 |

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| 6.5% | 48.67 |
| 6.6% | 254.68 |
| | $ 303.35 |

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

